**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MARY THIEMAN, | : | |
| | | Case No. 3:12-cv-171 |
| Plaintiff, | : | |
| | | |
| -vs- | : | Judge Walter H. Rice |
| | | Magistrate Judge Michael J. Newman |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

**ORDER STRIKING PLAINTIFF'S STATEMENT OF SPECIFIC ERRORS (Doc. 8) AS NONCOMPLIANT WITH THE COURT'S SIXTH AMENDED MAGISTRATE JUDGES' GENERAL ORDER NO. 11**

*Sua sponte*, the Court hereby **STRIKES** Plaintiff's Statement of Specific Errors (doc. 8), filed on October 11, 2012, due to its noncompliance with the Court's Sixth Amended Magistrate Judges' General Order No. 11.

Specifically, Plaintiff failed to comply with Paragraph 2 of General Order No. 11, which requires all parties, in their briefs, to cite to the electronic page (*i.e.*, to the PageID No. __) of an electronically-filed administrative record.

Plaintiff is **ORDERED** to submit a Statement of Specific Errors that complies with all provisions of the Sixth Amended Magistrate Judges' General Order No. 11 **no later than October 18, 2012**.  Thereafter, the Commissioner's time in which to respond will be calculated from the date of Plaintiff's compliant Statement of Specific Errors, and within the time permitted by the Sixth Amended Magistrate Judges' General Order No. 11.

    **IT IS SO ORDERED.**

October 11, 2012                                          s/**Michael J. Newman**
                                                                   United States Magistrate Judge