IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARY THIEMAN,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No.: 3:12-CV-171

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #21), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on February 4, 2014 (Doc. #21) is **ADOPTED** in full;

2. Plaintiff is **AWARDED** $3,500.00 in EAJA fees; and

3. The case is **TERMINATED** on the docket of this Court.

Date: 2-25-14

Walter Herbert Rice
United States District Judge